NO. 04-15-00383-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/16/2015 10:18:22 AM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

IN RE HATTIE POOLE

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2014-PC-4118
Honorable Tom Rickhoff, Judge Presiding

## AFFIDAVIT OF BARRY SNELL

STATE OF TEXAS          §

COUNTY OF BEXAR     §

Before me, the undersigned authority on this day personally appeared Barry Snell, who after being by me first duly sworn, stated as follows:

I, Barry Snell, am an adult and am competent to make this Affidavit. I make this Affidavit based on my own personal knowledge which I acquired in the course of attempting to represent Ms. Hattie Poole in the probate proceedings in this cause.

Attached hereto as Exhibit A is a true copy of Hattie Poole's First Amended Motion to Substitute Attorney in Charge for Hattie Poole. Attached hereto as Exhibit B is a true copy of the Challenge by Guardian Ad Litem (Theresa Christian) against attorney Barry Snell to Show Authority. Attached hereto as Exhibit C is Attorney Ad Litem's Response to the First Amended Motion to Substitute Attorney in Charge for Hattie Poole filed by attorney Barry Snell. Attached hereto as Exhibit D is a true copy of the Order Sustaining Challenge by Guardian Ad Litem against Attorney to Show Authority. A full transcript of the hearing on the various Rule 12 motions to show authority is included in the Reporter's Record in this cause, which has been duly transmitted to this court. Attached hereto as Exhibit E is a true copy of the Order Extending the Appointment of Temporary Guardian Pending Trial on the Merits of the Pending Guardianship. Attached hereto as Exhibit F is a true copy of an email communication from Mr. Martin Collins, briefing attorney to the Honorable Tom Rickhoff dated July 8, 2015,

which indicates that Judge Rickhoff does not intend to stay Mrs. Poole's guardianship proceedings during the pendency of this appeal.

The attachments to this Affidavit are being provided because I have determined that the Clerk of the Bexar County Probate Court inadvertently omitted these materials from the Clerk's Record. This omission has been called to the Clerk's attention, and the Clerk is in the process of supplementing the Clerk's Record with all materials requested by Appellants but inadvertently omitted. In the interim, I am providing true copies for the benefit of the Court.

Over the past four months, I have spent many hours meeting with and talking to Hattie Poole, and I am morally certain, without doubt, that she understands the nature and consequences of her actions in seeking to hire me as her lawyer to advocate for her own wishes in this case.

SIGNED on this the __16th__ day of July, 2015.

_____
Barry Snell

SWORN TO AND SUBSCRIBED TO on this the __16th__ day of July, 2015.

_____
Notary Public, State of T E X A S

ROSEMARY YOUNG
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-22-2016

# Exhibit A

E-FILED
IN MATTERS PROBATE
Accepted: 2/13/2015 12:10:50 PM
GERARD RICKHOFF
CLERK PROBATE COURTS
BEXAR COUNTY, TEXAS
BY:_____
Melissa Trevino

CAUSE NO. 2014-PC-4118

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE PROBATE COURT |
| HATTIE POOLE | § | NUMBER 2 |
| AN ALLEGED INCAPACITATED PERSON | § | BEXAR COUNTY, TEXAS |

## FIRST AMENDED MOTION TO SUBSTITUTE
## ATTORNEY-IN-CHARGE FOR HATTIE POOLE

Hattie Poole and her chosen attorney, Barry Snell, files this Motion to Substitute Barry Snell as Attorney-in-Charge for Hattie Poole on the following grounds:

1. Hattie Poole is mentally competent and has capacity to contract.

2. Although an Order has been entered on January 29, 2015, purporting to take from Hattie Poole her ability to contract, the Order was unlawfully obtained and is subject to immediate dissolution for the reasons set out in Hattie Poole's Motion to Dissolve Order Appointing Temporary Guardian and for Dismissal of Application filed on February 13, 2015, and which is incorporated herein by reference.

3. Barry Snell has obtained the certificate required by Estate Code §1054.006 and §1054.201, and is certified as having successfully completed the course of study in guardianship law and procedure sponsored by the State Bar of Texas or the State Bar's designee as required by §1054.201 of the Estate Code.

4. Hattie Poole has previously supposedly been represented in this proceeding by her son, Ricky J. Poole and by Carmen Samaniego, attorney ad litem, appointed by this court. Neither of them have sought to achieve Mrs. Poole's goals, wishes or objectives, but instead have cooperated fully with the removal of all of her property and contractual rights.

5. Hattie Poole is entitled to have at least one advocate who seeks to achieve her own goals, wishes and desires, rather than substituting his or her own judgment for Mrs. Poole's as to what is in her best interest. She has chosen Barry Snell for that purpose.

6. Hattie Poole has chosen Barry Snell to represent her only after first consulting with her longtime estate planning attorney, Peter Wolverton, and only after personally meeting with and interviewing Barry Snell. Hattie Poole is fully competent and fully appreciates the effect of what she is doing and understands the nature and consequences of her acts in engaging her own independent counsel and the business that she is transacting.

7. To deny Hattie Poole the right to be represented by a counsel of her own choosing, who is committed to respecting her own goals, wishes and desires as to what is in her best interest, and to require her to accept representatives by counsel who seek to take from her against her will her property and her ability to manage her own affairs and finances, would be to deny her the right of due process to law to which she is entitled under the 14th Amendment to the United States Constitution and Article 1, Section 19 of the Constitution of the State of Texas.

WHEREFORE, Hattie Poole and Barry Snell pray that Barry Snell be immediately designated as attorney-in-charge for Hattie Poole. Hattie Poole prays that all other attorneys purporting to represent her or act for her in this cause be immediately discharged. Movants pray for general relief.

Respectfully submitted,

Bayne, Snell & Krause
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Telecopier: (210) 824-3937

By:__/s/ Barry Snell_____
      Barry Snell
      State Bar No. 18789000
      bsnell@bsklaw.com
Attorneys for Hattie Poole


## Fiat

On request, the foregoing Motion has been set for a hearing on the 20th day of February, 2015 at 3:30 o'clock p.m. in the Probate Court No. 2, Bexar County Courthouse, San Antonio, Texas.

Signed on this _____ day of _____, 2015.


_____
Judge Presiding

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served upon the following counsel of record on the 13th day of February, 2015:

Ms. Teresa Christian
The Christian Law Firm, PLLC
22211 IH 10 West, Suite 1206
San Antonio, Texas   78257
Guardian Ad Litem for Hattie Poole

Ms. Carmen Samaniego
Attorney at Law
8100 Broadway, Suite 105
San Antonio, Texas   78209
Attorney Ad Litem for Hattie Poole

Mr. Bill Leighner
Cavaretta, Katona & Francis, PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas   78205
Attorney for Jeff Poole

Mr. Robert E. Golden
Golden Law, P.C.
Pacific Plaza, Suite 611
14100 San Pedro Avenue
San Antonio, Texas   78232-4363
Attorney for Ben Marek

Mr. Ricky J. Poole
Law Offices of Ricky J. Poole
8000 I.H. 10 West, Suite 1600
San Antonio, Texas   78230

___/s/ Barry Snell_____
Barry Snell

# Exhibit B

## No. 2014PC4118

| | | |
|---|---|---|
| IN THE GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| | § | |
| HATTIE POOLE, | § | NO. 2 |
| | § | |
| AN INCAPACITATED PERSON | § | BEXAR COUNTY, TEXAS |

## CHALLENGE BY GUARDIAN AD LITEM AGAINST ATTORNEY TO SHOW AUTHORITY

NOW COMES Movant, TERESA CHRISTIAN, court-appointed Guardian Ad Litem and Applicant for Appointment of a Permanent Guardian of the Estate of Hattie Poole (Proposed Ward), and brings this Challenge By Guardian Ad Litem Against Attorney, Barry Snell, to Show Authority and would show the Court as follows:

## I.
## RULE 12 MOTION TO SHOW AUTHORITY

1. Pursuant to Rule 12 of the Texas Rules of Civil Procedure, Guardian Ad Litem, files her Motion to Show Authority against Barry Snell.

## II.
## IDENTITY OF CHALLENGED ATTORNEYS

2. On or before February 4, 2015, attorney, Barry Snell, entered into a private contractual relationship with the Proposed Ward to serve and represent the Proposed Ward as her attorney in this matter.

3. On February 4, 2015 Barry Snell filed a Motion to Substitute Attorney In Charge for the Proposed Ward in this matter on behalf of the Proposed Ward.

4. On February 13, 2014, Barry Snell, on behalf of and as attorney for the Proposed Ward, filed his First Amended Motion to Substitute Attorney-In-Charge for the Proposed Ward and his *Motion to Dissolve Order Appointing Temporary Guardian and For Dismissal of Application* on behalf of the Proposed Ward.

1

5. Guardian Ad Litem moves that Barry Snell show sufficient authority to prosecute the suit on behalf of the Proposed Ward.

### III.
### STATEMENT OF FACTS

6. Movant was appointed Guardian Ad Litem by this Court pursuant to Section 1102.001 of the Texas Estates Code.

7. On January 23, 2015 Movant, as Guardian Ad Litem, and with Section 1102.004 filed her *Application for Appointment of Temporary Guardian of the Estate of Hattie Poole.*

8. Pursuant to the pending Application, this Court appointed Carmen Samaniego as Attorney Litem to represent the Proposed Ward as required by Section 1054.001 of the Texas Estates Code. Thereafter, on January 29, 2015, this Court appointed Jeff Poole as Temporary Guardian of the Estate of the Proposed Ward.

9. On or about February 4, 2015, attorney, Barry Snell, entered into a private attorney/client contractual relationship with the Proposed Ward to serve as her attorney of record in this matter.

10. On February 4, 2015, Barry Snell filed a Motion to Substitute Attorney In Charge for the Proposed Ward in this matter on behalf of the Proposed Ward.

11. On February 5, 2015 Dr. Raymond Faber, MD, conducted a Psychiatric Capacity Evaluation of the Proposed Ward and determined her to be an Incapacitated Person as defined by the statutory definition of Section 1002.017(2) of the Texas Estates Code. In particular, Dr. Faber specified that Proposed Ward does not have the capacity for business and managerial matters such as contracting and incurring obligations; handling a bank account; applying for, consenting to, and receiving governmental

2

benefits and services; accepting employment and hiring employees; and suing and defending lawsuits.

12. On February 6, 2015 Movant filed her *Application for Appointment of Permanent Guardian of the Estate of Hattie Poole.*

## IV.
## BARRY SNELL IS WRONGFULLY ASSERTING AUHTORITY

13. Guardian Ad Litem would show that Barry Snell is wrongfully asserting that he is lawfully the attorney and representative for the Proposed Ward.

## V.
## CHALLENGED ATTORNEY IS WITHOUT AUTHORITY

14. Guardian Ad Litem believes that the suit is being prosecuted without authority and the Challenged Attorney is without authority to prosecute this suit on behalf of the Proposed Ward who he purports to represent.

**WHEREFORE, PREMISES CONSIDERED,** TERESA CHRISTIAN, court-appointed Guardian Ad Litem and Applicant for Appointment of a Permanent Guardian of the Estate of the Proposed Ward respectfully moves the Court to set a hearing and upon such hearing rule that challenged attorney has failed to show sufficient authority to prosecute the suit on behalf of the Proposed Ward and award of all other legal and equitable relief to which Movant may be justly entitled.

Respectfully Submitted,

The Christian Law Firm
22211 IH 10 West, Ste. 1206
San Antonio, TX 78257
Tel: (800) 511-4908
Fax: (888) 511-2049

3

By: _____

Teresa Christian
State Bar No. 24052879
E-Mail: *teresa@thechristianfirm.com*
Guardian Ad Litem for Hattie Poole

4

# CERTIFICATE OF SERVICE

On February 17, 2015, a true copy of this document, with any attachments, was served as indicated:

| | |
|---|---|
| Carmen Samaniego<br>Attorney Ad Litem for Hattie Poole | ☐ CM/RRR<br>☐ Hand-Delivery<br>☒ Fax    888-224-3924<br>☐ Electronic service |
| William Leighner<br>Attorney for Jeff Poole | ☐ CM/RRR<br>☐ Hand-Delivery<br>☒ Fax    210-588-2908<br>☐ Electronic service |
| Barry Snell<br>Attorney for Hattie Poole | ☐ CM/RRR<br>☐ Hand-Delivery<br>☒ Fax    210-824-3937<br>☐ Electronic service |
| Robert E. Golden<br>Attorney for Ben Marek | ☐ CM/RRR<br>☐ Hand-Delivery<br>☒ Fax    210-495-0997<br>☐ Electronic service |

Teresa Christian

6

# AFFIDAVIT OF GUARDIAN AD LITEM IN SUPPORT OF MOTION TO CHALLENGE AUTHORITY

STATE OF TEXAS

COUNTY OF BEXAR

Before me, the undersigned notary, appeared Teresa Christian, Guardian Ad Litem for Hattie Pool, who is either known to me personally or who identified herself by presentation of a valid driver's license and upon oath testified as follows:

1. My name is Teresa Christian. I am more than 18 years old, have never been convicted of a felony, and I am otherwise competent to make this affidavit. The statements set forth in this affidavit are true and correct and within my own personal knowledge, save for those specifically identified statements I believe to be true based on information made available to me.

2. I am the court appointed Guardian Ad Litem for Hattie Poole in this matter. I swear that the statements set forth in the foregoing Challenge By Guardian Ad Litem Against Attorney Barry Snell to Show Authority are true and correct and within my own personal knowledge.

FURTHER, Affiant sayeth not.

Witness my hand this _17th_ day of February 2015.

_____
Teresa Christian
Guardian Ad Litem for Hattie Poole

SWORN AND SUBSCRIBED BEFORE ME, on this the _17_ day of February, 2015

_____
Notary Public, State of Texas

JUAN CARLOS HAYWARD
Notary Public
STATE OF TEXAS
My Comm. Exp. 08-21-2018

5

# Exhibit C

NO. 2014-PC-4118

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| HATTIE POOLE | § | NO. TWO |
| | § | |
| An Incapacitated Person | § | BEXAR COUNTY, TEXAS |

**ATTORNEY AD LITEM'S RESPONSE TO THE FIRST AMENDED MOTION
TO SUBSTITUTE ATTORNEY-IN-CHARGE FOR HATTIE POOLE FILED BY
ATTORNEY BARRY SNELL**

NOW COMES, CARMEN SAMANIEGO, appointed by this Court as Attorney ad Litem to represent the interests of HATTIE POOLE, and makes and files this ATTORNEY AD LITEM'S RESPONSE TO THE FIRST AMENDED MOTION TO SUBSTITUTE ATTORNEY-IN-CHARGE FOR HATTIE POOLE FILED BY ATTORNEY BARRY SNELL and asks the Court to deny the motion in its entirety, in the alternative to strike the unfounded representations, to assess all attorney fees, costs, and expenses to Barry Snell, and who respectfully shows the Court the following:

1. **Objections.** CARMEN SAMANIEGO, as Attorney ad Litem, objects to the allegations brought forward by the attorney Barry Snell, who has not been given permission to represent HATTIE POOLE in this matter, and who is interfering with and undermining the legal representation for HATTIE POOLE.

   1.1. Objection is made to the assertion that HATTIE POOLE has "supposedly" been represented by CARMEN SAMANIEGO. This is unfounded and unprofessional.

   1.2. Objections are made to the assertion that the attorney ad litem has cooperated fully in the removal of HATTIE POOLE'S property and contractual rights and that this ad litem is "counsel who seek to take from her against her will her

Respectfully submitted,

_____/S/_____

CARMEN SAMANIEGO
Attorney at Law
Tex. State Bar: 24027951
8100 Broadway, Suite 105
San Antonio, Texas 78209
Tel: 210802-4888
Fax: 888/224-3924
attorneycarmen@me.com

## DECLARATION

"My name is CARMEN SAMANIEGO, my date of birth is 7/23/61, and my address is 8100 Broadway, Suite 105, San Antonio, Bexar County, Texas 78209. I declare, under penalty of perjury that the facts stated in the foregoing Response are within my personal knowledge and are true and correct."

Executed in Kendall County, State of Texas, on the 17th day of February, 2015.

By: _____
CARMEN SAMANIEGO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon each following named attorney of record, in accordance with the Rules of Civil Procedure on the 17th day of February, 2015:

_____/S/_____
CARMEN SAMANIEGO,
Attorney ad Litem

Teresa Christian
Tx. State Bar No. 24052879
THE CHRISTIAN LAW FIRM, PLLC
22211 IH 10 WEST, SUITE 1206
San Antonio, Texas 78257
Tel: 210/501-0722
Fax: 888/511-2049
Teresa@thechristianlawfirm.com

Mr. Bill Leighner
Cavaretta, Katona & Francis, PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
Attorney for Jeff Poole

Mr. Robert E. Golden
Golden Law, P.C.
Pacific Plaza, Suite 611
14100 San Pedro Avenue
San Antonio, Texas 78232-4363
Attorney for Ben Marek

Mr. Ricky J. Poole
Law Offices of Ricky J. Poole
8000 I.H. 10 West, Suite 1600
San Antonio, Texas 78230

# Exhibit D

No. 2014PC4118

| IN THE GUARDIANSHIP OF | § | IN THE PROBATE COURT |
|---|---|---|
| HATTIE POOLE, | §§ | NO. 2 |
| AN INCAPACITATED PERSON | §§ | BEXAR COUNTY, TEXAS |

## ORDER SUSTAINING CHALLENGE BY GUARIAN AD LITEM AGAINST ATTORNEY TO SHOW AUTHORITY

On the 13th day of May, 2015, came on to be considered the Challenge By Guardian Ad. Litem Against Attorney Barry Snell to Show Authority to act on behalf of the proposed Ward, Hattie Poole in this cause. All parties appeared in person and by and through their attorneys of record and announced READY.

THE COURT, having considered the Guardian Ad Litem's Challenge, Barry Snell's Response, the pleadings and other documents in evidence and on file, and the argument of counsel, is of the opinion and so finds that Hattie Poole does not have the capacity hire Barry Snell and that Barry Snell has failed to show authority to prosecute or defend this matter on behalf of Hattie Poole.

**IT IS THEREFORE ORDERED**, that the Challenge By Guardian Ad Litem Against Attorney Barry Snell to Show Authority to act on behalf of the proposed Ward, Hattie Poole in this cause is hereby SUSTAINED.

**IT IS FURTHER ORDERED** that Barry Snell is not permitted to appear as counsel in this cause and that all pleadings filed by Barry Snell in this cause are hereby stricken.

SIGNED this 13 day of May, 2015.

_____
JUDGE PRESIDING

FILED

MAY 15 2015
GERARD RICKHOFF
CLERK PROBATE COURT
BEXAR COUNTY TEXAS
BY: _____
DEPUTY

# Exhibit E

No. <u>2014PC4118</u>

| | | |
|---|---|---|
| IN THE GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| | § | |
| HATTIE POOLE, | § | NO. 2 |
| | § | |
| AN INCAPACITATED PERSON | § | BEXAR COUNTY, TEXAS |

## ORDER MODIFYING APPOINTMENT OF TEMPORARY GUARDIAN OF THE ESTATE PENDING CONTEST

On this day, on the Court's own motion, came on to be considered the pending appointment of Jeff Poole as Temporary Guardian of the Estate of Hattie Poole and the pending contest to the appointment of a permanent guardian of Hattie Poole filed by attorney Barry Snell, purporting to represent Hattie Poole subject to a pending *Motion to Show Authority*.

On March 19, 2015 this Court took judicial notice of its appointment of Movant on January 29, 2015 and the expiration of such appointment pursuant to §1251.151 on March 30, 2015 and took further judicial notice of the pending *Motion to Dissolve Order Appointing Temporary Guardian and For Dismissal of Application* and *Motion For Approval of Independent Medical Examination* filed by attorney Barry Snell, purporting to act as attorney for and on behalf of Hattie Poole; and the pending *Challenge by Guardian Ad Litem Against Attorney to Show Authority* filed by Teresa Christian, court appointed Guardian Ad Litem for Hattie Poole, challenging Barry Snell's authority to represent or act on behalf of Hattie Poole.

On March 19, 2015 this Court entered its *Order Modifying Appointment of Temporary Guardian of the Estate Pending Contest* and provided that said Appointment Pending Contest was to be until the resolution of the pending contest or April 15, 2015, whichever occurred first.

On April 15, 2015 this Court entered its *Order Modifying Appointment of Temporary Guardian of the Estate Pending Contest* and provided that said Appointment Pending Contest was

V0215bP4253

to be until May 14, 2015, with this court reserving the right to extend the Temporary beyond that date should the permanent guardianship application not be resolved by that date.

The Court now finds that the permanent guardianship application has not be resolved and that the pending Application for permanent guardianship is and remains challenged and contested and that the issuance of this Order Modifying Appointment of Temporary Guardian of the Estate Pending Contest is necessary and in the best interest of the Proposed Ward to protect the Proposed Ward's Estate pending conclusion of such challenge or contest; or the appointment of a permanent guardian of her Estate.

**IT IS THEREFORE ORDERED**, that this Court's January 29, 2015 Appointment of JEFF POOLE as Temporary Guardian of the Estate of Hattie Poole, an Adult is hereby further modified and that JEFF POOLE should and hereby is appointed as Temporary Guardian Pending Contest of the Estate of Hattie Pool, an Adult, thereby extending his appointment as Temporary Guardian Pending Contest until the conclusion of the pending challenge or contest or the appointment of a permanent guardian of the Estate of Hattie Poole.

The Court finds that JEFF POOLE has filed his Oath in this Cause and posted Bond in the amount of $250,000.00, which the Court finds to be sufficient; and it is further **ORDERED** that the Clerk shall attach a certificate to this Order showing JEFF POOLE's compliance with the taking of his Oath and giving the bond in the sum of $250,000.00, which sum is the proper sum hereby ordered fixed in accordance with the requirement of law.

**IT IS FURTHER ORDERED**, that the compensation to attorneys, mental health professionals, or interpreter ordered by this Court pursuant to Sections 1054.001, 1054.003 and 1101.103 of the Texas Estates Code are taxed as costs of this proceeding.

**IT IS FURTHER ORDERED**, that all prior statutory durable powers of attorney granted by Hattie Poole be suspended on the qualification of the temporary guardian pending contest.

V0215bP4254

**IT IS FURTHER ORDERED,** that the Temporary Guardian Pending Contest shall have the following powers and duties:

1. To take exclusive possession and control of any and all of the Ward's real and personal property, including but not limited to any and all funds on deposit in any bank, financial institution, financial manager, or broker, including but not limited to her accounts at Frost Bank, Wells Fargo, Jefferson Bank, Broadway Bank, and JP Morgan Chase, and to take reasonable measures to safeguard the same pending the appointment of a permanent guardian;

2. To be the authorized signatory on all accounts, including any business accounts, with any bank, financial institution, financial manager, or broker;

3. To remove signatories from all accounts, including business accounts, with any bank, financial institution, financial manager, or broker;

4. To collect and safeguard all personal property of the Ward;

5. To make decisions regarding the transfer of any interest in any real or personal property of the Ward;

6. To collect debts, rentals, wages, or other claims due to Ward;

7. To collect and give receipt for any moneys, rents, dividends, interest, trust proceeds, and any and all other types of income payable to or receivable by Ward;

8. To contract and to incur other obligations on the Ward's behalf and to renew and extend any obligations, subject to court approval;

9. To pay, compromise, or defend claims against the Ward, subject to court approval;

10. To represent the Ward in any legal action, subject to court approval;

11. To apply and secure insurance on Ward's behalf for Ward's property or person;

V02156P4255

12. To file a federal income tax return on Ward's behalf and to pay federal, state, and local taxes on behalf of Ward;

13. To review, take possession of and consent to the disclosure of Ward's legal, financial, or other confidential books, documents, or other records, including the power to enter into Ward's safe deposit box;

14. To employ and to discharge from employment attorneys, accountants, appraisers, and other persons necessary in the administration of the estate;

15. To employ and to discharge from employment nurses, sitters, caregivers, tutors, therapists, and other persons engaged to assist Ward;

16. To take reasonable measures, subject to court approval, to safeguard Ward's business, SAT Communications, d/b/a Industrial Communications;

17. To pay bills and debts necessary for Ward's household;

18. To allow Ward a maximum of $1,000.00 allowance per week for personal spending;

19. To do such other and further acts concerning the property and interests of the ward and the Proposed Ward's estate as the Court may from time to time direct by express authorization through written order of the Court;

20. To apply for and enroll in a credit monitoring service on the Proposed Ward's behalf for the Proposed Ward's property and person.

SIGNED this ___13___ day of ~~April~~ May 2015.

_____
JUDGE PRESIDING

FILED

MAY 1 4 2015

GERARD RICKHOFF
CLERK PROBATE COURT NO. 2
BEXAR COUNTY TEXAS
BY: _____
DEPUTY

VO2156P4256

# Exhibit F

| | |
|---|---|
| **From:** | Collins, Martin <mcollins@bexar.org> |
| **Sent:** | Wednesday, July 08, 2015 10:39 AM |
| **To:** | Carmen Samaniego (carmensam@mac.com); William Leighner (LeighnerW@ckf-law.com); Barry Snell; golden@goldenlaw.net |
| **Subject:** | 2014-PC-4118 In re Guardianship of H. Poole |

Counsel,

Judge Rickhoff has requested that I contact you for the purpose of obtaining a docket control order in the above matter. While I understand that there is a pending matter before the court of appeals with respect to Mr. Snell's representation of Ms. Poole, I do not believe that that stays the main subject matter of the proceedings.

Martin J. Collins